IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BETH ANN COBB and  RICHARD : 
COBB,                                           :        Case No. 4:14-cv-0865
                                                      :
            Plaintiffs,                        :
                                                      :
      v.                                          :        (Judge Brann)
                                                      :
CHARLES NYE, WAGNER          :
MILLWORK, L.L.C., WAGNER    :
NINEVEH, L.L.C., WAGNER      :
MILLWORK, L.L.C. d/b/a            :
WAGNER LUMBER, and            :
WAGNER HARDWOODS, L.L.C.,  :
                                                      :
            Defendants.                      :

**ORDER**
June 12, 2015

AND NOW, in accordance with the Memorandum of this same date, **IT IS**

**HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Dismiss Defendants' Crossclaim (ECF No. 11) is

   GRANTED.

2. Defendants' Motion to Sever the claims of Richard Cobb and Beth Ann

   Cobb (ECF No. 14) is GRANTED.

3. Defendants' Motion to File a Third Party Complaint (ECF No. 14) is

   GRANTED.

BY THE COURT:


<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge